PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DERYK PAUL BURDICK, | ) | |
| | ) | CASE NO. 4:25-cv-2371 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| PRESIDENT DONALD J. TRUMP, et al., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

*Pro se* Plaintiff Deryk Paul Burdick filed this civil rights action.  He did not pay the filing fee, but instead submitted an Application to Proceed *In Forma Pauperis*.  ECF No. 2.  That Application is deficient.  Plaintiff is prisoner currently incarcerated in the Elkton Federal Correctional Institution.  As a prisoner, he must submit a certified copy of his prison trust account statement for the last six months with his Application to Proceed *In Forma Pauperis*.  He did not attach a certified copy of his prison trust account statement and as such his Application was incomplete.

On January 14, 2026, the assigned magistrate judge ordered Plaintiff either to pay the full fee of $ 405.00 or submit a Prisoner Affidavit along with a certified copy of his prison trust account statement for the last six months.  ECF No. 3.  He was given 30 days from the date of the Order to comply with the Order and cautioned that failure to comply with the Order may result in

(4:25cv2371)

dismissal of this action without further notice.  It has been over 30 days and Plaintiff has not

complied with the Order.

Accordingly, this action is dismissed for lack of prosecution. The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.


IT IS SO ORDERED.


February 19, 2025          /s/ Benita Y. Pearson
Date                       Benita Y. Pearson
                           United States District Judge

2